IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES DRNEK and MAUREEN TIERNAN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY and THE VARIABLE ANNUITY MARKETING COMPANY,<br><br>Defendants. | No. CIV 01-242 TUC-WDB<br><br>**ORDER** |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for Defendants' class certification response is extended up to and including July 9, 2003.

DATED this 3 day of July, 2003.

JUDGE WILLIAM D. BROWNING
U.S. DISTRICT COURT

275458 1