UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES DRNEK and MAUREEN TIERNAN, On Behalf of Themselves and All Others Similarly Situated, | ) No. CV-01-242-TUC-WDB<br>)<br>) CLASS ACTION<br>) |
| Plaintiffs, | ) **ORDER** |
| v. | ) |
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, *et al.*, | ) |
| Defendants. | ) |

Pursuant to stipulation between parties,

IT IS HEREBY ORDERED that plaintiffs' reply in further support of their motion for class certification shall be due on September 4, 2003.

DATED this 19 day of August 2003.

JUDGE WILLIAM D. BROWNING
U.S. DISTRICT COURT