FILED ✓       LODG___
RECEIVED ___ COPY

OCT 2 3 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED ✓ LODGED
RECEIVED ___ COPY

OCT 21 2003

CLERK, U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| 1 | Barry A. Chasnoff |
| 2 | Daniel McNeel Lane, Jr. |
|   | John F. Gillard |
| 3 | AKIN GUMP STRAUSS HAUER & |
|   | FELD, L.L.P. |
| 4 | 300 Convent Street, Suite 1500 |
| 5 | San Antonio, TX 78205-3732 |
|   | Telephone: (210) 281-7000 |
| 6 | Facsimile: (210) 224-2035 |

Russell B. Stowers (SB#012903)
Sarah L. Townsend (SB#020045)
Elizabeth L. Fierman (SB#021772)
SNELL & WILMER, L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile: (520) 884-1294

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES DRNEK and MAUREEN TIERNAN, On Behalf of Themselves and All Others Similarly Situated, | No. CIV 01-242 TUC-WDB |
| Plaintiffs, | **ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

Based upon the motion of John F. Gillard for admission to practice *pro hac vice* in this action on behalf of all Defendants, including The Variable Annuity Life Insurance Company and The Variable Annuity Marketing Company, and in accordance

5369031v1                                1

with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

☑ the motion of attorney for admission to practice *pro hac vice* is granted.

☐ the motion of attorney for admission to practice *pro hac vice* is denied and the admission fee ordered returned.

Dated this 23 day of October, 2003.

*William D. Brown*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

AKIN GUMP STRAUSS HAUER & FELD LLP
300 CONVENT STREET, #1500
SAN ANTONIO, TX 78205
(210) 281-7000