UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL ORDER--GENERAL)

Civil Case No. <u>CV 01-242-TUC WDB</u>          Date: <u>November 12, 2003</u>

Title <u>DRNEK, ET AL., v. VARIABLE ANNUITY, ET AL.,</u>

================================================================
================================================================
**HONORABLE WILLIAM D. BROWNING**
================================================================

At the telephonic request of counsel,

IT IS ORDERED that the December 3, 2003 hearing date is VACATED and RESET to Wednesday, December 17, 2003 at 10:00 a.m.

