UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAMES DRNEK and MAUREEN TIERNAN, On Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

v.

THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. CV-01-242-TUC-WDB

CLASS ACTION

**ORDER**

Pursuant to stipulation between the parties,

IT IS HEREBY ORDERED that plaintiffs' brief in opposition to defendants' motion for summary judgment shall be due on November 20, 2003.

IT IS FURTHER ORDERED that service of plaintiffs' opposition shall be made by hand delivery on Snell & Wilmer, LLP, and by overnight delivery on Akin Gump Strauss Hauer & Feld LLP.

DATED this 17 day of November, 2003.

JUDGE WILLIAM D. BROWNING
U.S. DISTRICT COURT