FILED ___ LODGED ___
RECEIVED ___ COPY ___

FEB - 3 2004

CLERK U S
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES DRNEK, et al., | No. CIV 01-242-TUC-WDB |
| Plaintiff, | **ORDER** |
| vs. | |
| THE VARIABLE ANNUITY LIFE INSUR. CO., et al., | |
| Defendant. | |

Pending before the Court is Plaintiffs' *Ex Parte* Motion to Establish a Percentage Fee Arrangement for attorneys' fees. Plaintiffs and their counsel have agreed to a fee arrangement of an amount not to exceed 25% of the common fund, unless extraordinary or exceptional circumstances arise.

Seeing no impropriety in the agreement between Plaintiffs and their counsel,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

DATED this 2 day of February, 2004.

William D. Browning
Senior United States District Judge