UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES DRNEK and MAUREEN TIERNAN, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　　Defendants. | No. CV-01-242-TUC-WDB<br><br>**ORDER** |

Pursuant to stipulation between the parties,

IT IS HEREBY ORDERED that plaintiffs' brief in opposition to Defendants' Objections to and Motion to Strike Portions of Plaintiffs' Motion for Summary Judgment Evidence shall be due on February 26, 2004.

DATED this 23 day of February, 2004.

_____
JUDGE WILLIAM D. BROWNING
U.S. DISTRICT COURT