UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

JAMES DRNEK and MAUREEN TIERNAN, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, et al.,

Defendants.

No. CV-01-242-TUC-WDB

**ORDER**

Pursuant to stipulation between the parties,

IT IS HEREBY ORDERED that:

1. Plaintiffs' brief in opposition to Defendants' Objections to and Motion to Strike Portions of Plaintiffs' Motion for Summary Judgment Evidence shall be due on March 4, 2004.

2. Defendants' reply brief in further support of their Objections to and Motion to Strike Portions of Plaintiffs' Motion for Summary Judgment Evidence shall be due on April 1, 2004.

DATED this 8 day of March, 2004.

JUDGE WILLIAM D. BROWNING
U.S. DISTRICT COURT