UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL ORDER - MINUTE ENTRY)



Case No.   CIV01-242-TUC-WDB              Date: JUNE 28, 2004

Title:   DRNEK v. VARIABLE ANNUITY, et al.

============================================================

**HONORABLE WILLIAM D. BROWNING**

============================================================

Plaintiffs have requested a status conference to discuss various discovery issues which they believe are still pending. Accordingly, it is hereby ordered that a telephonic status conference shall be held on July 6, 2004, at 10 a.m. Plaintiffs shall initiate the telephone call.

