*FILE COPY*




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

February 14, 2008

USDC, Tucson
District of Arizona (Tucson)
U.S. Courthouse
Tucson, AZ 85701

| No. | Title | Agency/D.C. No. |
|-----|-------|-----------------|
| 05-16623 | Drnek v. Variable Annuity | CV-01-00242-CKJ |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover.  Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

Enclosure(s)
cc: All Counsel

*F I L E   C O P Y*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES DRNEK; et al.,<br><br>      Plaintiffs - Appellants,<br><br>V.<br><br>THE VARIABLE ANNUITY; et al.,<br><br>      Defendants - Appellees. | No.  05-16623<br>D.C. No.  CV-01-00242-CKJ<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Arizona (Tucson).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Arizona (Tucson) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/21/07